**Order entered April 6, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00479-CR
## No. 05-21-00480-CR

**CARLOS RAMON ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81351-2021 & 296-81334-2021**

## ORDER

Before the Court is the State's April 4, 2022 first motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE